# IN THE
# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

### Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | **Criminal No. 3:10CR105** |
| | ) | |
| STEVEN HEARNE | ) | |
|     Defendant. | ) | |

## **DEFENDANT'S SENTENCING POSITION**

Comes now defendant Steven Hearne by counsel and says in this Sentencing Position as follows:

1. Given that defendant has spent a substantial time in custody before sentencing and that he is a minor participant in the check scheme, it is his position that he should be sentenced to the low end of the Guidelines, 1 day to 6 months in jail.

                                                  STEVEN HEARNE

                                                  _____/s/_____

                                                  Robert P. Geary, Esquire
                                                  Virginia Bar Number 9165
                                                  Attorney for Defendant Hearne
                                                  21 Center, Suite 201
                                                  2025 E. Main Street
                                                  Richmond, VA 23223
                                                  Phone: 804/643-8003
                                                  Fax: 804/643-2042
                                                  srgeary@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 16th 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Michael C. Moore, Esquire
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, VA 23219
Phone:  804/819-5400
Fax:  804/771-2316
Mike.C.Moore@usdoj.gov

              /s/
Robert P. Geary, Esquire
Virginia Bar Number Number 9165
Attorney for Defendant  Hearne
21 Center, Suite 201
2025 E. Main Street
Richmond, VA 23223
Phone:  804-643-8003
Fax:  804-643-0424
srgeary@msn.com